David K. Gottlieb
17000 Ventura Blvd
Suite 300
Encino, CA 91316
Telephone: (818) 539-7720
Email: dgottlieb@dkgallc.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY

In re

MEYER, ROGER W.

    Debtor(s).

Case No.: 1:12-bk-10955-MT

Chapter 7

NOTICE OF UNCLAIMED DIVIDEND(S)
(FRBP 3011)

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto Check No. 58021, in the sum of $4,581.67, representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid each person entitled to said unclaimed dividend is attached.

Dated: August 29, 2018

_____
David K. Gottlieb
Chapter 7 Trustee

-1-

-2-

| Claim No | Claimant | Allowed Amount | Amount |
|---|---|---|---|
| 12 | Scott & Christina Williams<br>C/O Richard L. Francis Esq.<br>711 South A Street<br>Oxnard, CA 93030 | $38,059.37 | $2,029.51 |
| 18 | Olympic-Elm Homeowners" Associatio<br>Bita Goodman Esq<br>6003 Campton Ave<br>Los Angeles, CA 90001 | $47,860.60 | $2,552.16 |

Total: $4,581.67

|  |  |
|---|---|
| David K. Gottlieb, Trustee<br>17000 Ventura Blvd<br>Suite 300,<br>Encino, CA 91316 | **Texas Capital Bank**<br>Check Number: 58021    32-1797/1110<br>Dated: 08/29/2018<br>VOID AFTER 90 DAYS<br>AMOUNT<br>***$4,581.67<br>***Four Thousand, Five Hundred Eighty One Dollars and 67/100 |

Pay to the Order of

U.S. Bankruptcy Court

Case Number: 12-10955
Estate of: MEYER, ROGER W. - Debtor(s)

⑆58021⑆

---

| Date: 08/29/2018 | Check Number: 58021 | Amount: $4,581.67 |
|---|---|---|
| Case Number: 12-10955<br>Debtor(s) Name: MEYER, ROGER W. - Debtor(s) | | |
| Paid To:  U.S. Bankruptcy Court | Trustee: | David K. Gottlieb, Trustee<br>17000 Ventura Blvd<br>Suite 300,<br>Encino, CA 91316 |
| Description:  Unclaimed Funds | | |
| Bank Account: ******0996 | | |

| Date: 08/29/2018 | Check Number: 58021 | Amount: $4,581.67 |
|---|---|---|
| Case Number: 12-10955<br>Debtor(s) Name: MEYER, ROGER W. - Debtor(s) | | |
| Paid To:  U.S. Bankruptcy Court | Trustee: | David K. Gottlieb, Trustee<br>17000 Ventura Blvd<br>Suite 300,<br>Encino, CA 91316 |
| Description:  Unclaimed Funds | | |
| Bank Account: ******0996 | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 17000 Ventura Boulevard, Suite 300, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): Report of Trustee Under Rule 3011 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 30, 2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On August 30, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 30, 2018 | Renee Johnson | /s/Renee Johnson |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Marvin B Adviento    madviento@wrightlegal.net, ggrant@wrightlegal.net;sbennett@wrightlegal.net
- Katherine Bunker    kate.bunker@usdoj.gov
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Ellen M. Cheney    amansfield@mansfield.law, echeney@mansfield.law;blythe@mansfield.law;mcpclawfirmcmecf@gmail.com
- Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- Theodore A Cohen    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- Ashleigh A Danker    adanker@dankerlawfirm.com
- Sean B Davis    sbdavis@winstead.com, sbdavis@winstead.com;jhebert@winstead.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com
- Melissa J Fassett    mjf@ppplaw.com
- Nichole Glowin    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- Bita Goodman    donelb21@yahoo.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- James KT Hunter    jhunter@pszjlaw.com
- Peter J Iannuzzi    piannuzzi@diemerwhitman.com, ecfnotice@diemerwhitman.com
- Jeffrey L Kandel    jkandel@pszjlaw.com
- Thomas E Kent - SUSPENDED BK -    tekesq@gmail.com, tkent@tkentlaw.com;kshin@tkentlaw.com;vramirez@tkentlaw.com
- Yale K Kim    ykim@allenmatkins.com, lpanderson@allenmatkins.com
- Leslie M Klott    Leslie.Klott@carringtonmh.com
- Olivier J Labarre    olabarre@wrightlegal.net, kwalsh@wrightlegal.net
- David Brian Lally    davidlallylaw@gmail.com
- Don E Lanson    dlanson@manfredilevine.com
- Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;emillersk@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com
- Marisol A Nagata    cdcaecf@bdfgroup.com
- Victor W Newmark    bankruptcy@evict.net
- Victoria Newmark    vnewmark@pszjlaw.com
- Casey J OConnell    casey@caseyoconnelllaw.com, colaw@ecf.inforuptcy.com
- Charles W Oaks    cwoaks@lawrlf.com
- Renee M Parker    renee.parker@mtglawfirm.com, bknotice@earthlink.net
- Nathan A Schultz    nschultzesq@gmail.com
- Dominique A Sopko    dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
- Randye B Soref    rsoref@polsinelli.com, enash@polsinelli.com
- Douglas G Tennant    dtennant@frankel-tennant.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

- Eric J Testan    etestan@frankel-tennant.com
- Michael D Testan    mtestan@frankel-tennant.com
- Edward A Treder    cdcaecf@bdfgroup.com
- Meghann A Triplett    Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Gagan G Vaideeswaran    ecfcacb@aldridgepite.com, GGV@ecf.inforuptcy.com
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com
- William E Winfield    wwinfield@rstlegal.com

2. **SERVED BY U.S. MAIL**

Office of the U.S. Trustee
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 91007

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**